IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| PIYAPHONG JONGTRAKUL, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:12-cv-03585-WMA-MHH |
| ERIC H. HOLDER, ATTORNEY GENERAL, *et al.*, | ) |
| Respondents. | ) |

**O R D E R**

On May 7, 2013, the magistrate judge filed her report and recommendation in this matter, recommending that this Court deny Mr. Jongtrakul's petition for *habeas corpus* relief pursuant to 28 U.S.C. § 2241. To date, no objection has been filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be ADOPTED and the recommendation ACCEPTED. Consequently, the petition for writ of *habeas corpus* in this matter is DENIED and DISMISSED WITH PREJUDICE.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE